In the Matter of BENJAMIN FIRSHEIN, Appellant, against GRACE A. REAVY et al., Constituting the Civil Service Commission of the State of New York, Respondents.

Submitted October 29, 1942; decided December 3, 1942.

*Irving H. Saypol* and *Leo Kotler* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Patrick H. Clune* and *Henry Epstein* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.